UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELECTRA AUSTIN,
    Plaintiff,

v.

LAW OFFICES OF
MICHAEL R. STILLMAN, P.C.,
    Defendant.

Case No. 2:17-cv-12226-GAD-EAS
Hon. Gershwin A. Drain
Mag. Judge: Elizabeth A. Stafford

_____

## STIPULATION TO DISMISS CASE
## WITH PREJUDICE AND WITHOUT FEES OR COSTS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, as evidenced by the signatures of their respective counsel below, stipulate to the dismissal of Plaintiff's claims with prejudice and without attorney's fees or costs to either party.

| | |
|---|---|
| /s/ Gary D. Nitzkin | /s/Mimi Kalish w/ consent |
| Gary D. Nitzkin (P41155) | Mimi D. Kalish (P52383) |
| Attorney for Plaintiff | Attorney for Defendant |
| 22142 West Nine Mile Road | 30057 Orchard Lake Road, Suite 200 |
| Southfield, Michigan 48034 | Farmingotn Hills, MI 48334 |
| (248) 353-2882 | (248) 851-6000 |
| gnitzkin@crlam.com | mimi@stillmanlaw.com |

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELECTRA AUSTIN,
    Plaintiff,

v.

Case No. 2:17-cv-12226-GAD-EAS
Hon. Gershwin A. Drain
Mag. Judge: Elizabeth A. Stafford

LAW OFFICES OF
MICHAEL R. STILLMAN, P.C.,
    Defendant.
_____

## ORDER OF DISMISSAL
## WITH PREJUDICE AND WITHOUT FEES OR COSTS

The Court, having reviewed the parties' stipulation, and finding good cause shown;

**IT IS HEREBY ORDERED** that the within action is hereby dismissed with prejudice and without fees or costs to either party.

Date: January 31, 2018          s/Gershwin A. Drain
                                                   Judge of United States District Court